UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID MICHAEL BANNING,<br><br>Petitioner,<br>v.<br>HUTCHINGS, et al.,<br><br>Respondents. | Case No. 2:22-cv-00885-RFB-BNW<br><br>**Order Granting Extension of Time to Respond to Petition to December 14, 2022**<br><br>**(ECF No. 9)** |

Respondents seek an extension of time to respond to David Michael Banning's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 9.) Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to respond to the petition (ECF No. 9) is **GRANTED**. **The deadline to respond is extended to December 14, 2022.**

DATED: 23 November 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1